File Hashes for IP Address 68.40.60.2

**ISP:** Comcast Cable
**Physical Location:** Ann Arbor, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/30/2014 19:39:35 | 16785D3E83A86C0E8A997EB4823D510FDB074B2C | Afterthoughts |
| 11/30/2014 17:15:53 | 4CC36EB333221192823BE772CA0D3C7B2E0D873A | Ready for Love |
| 11/30/2014 03:01:13 | A76B24C6848F089F7011D63DBB8F6A0EA42A2572 | Season of Love |
| 11/23/2014 05:10:33 | FD8CC444C1F1E1C24509067D181ABC886BF3F80E | Spellbound |
| 11/16/2014 16:50:12 | FC11782B70AA7239F0BA40589D6B845E5722192C | Summertime |
| 11/16/2014 15:21:19 | 679583B4DE771AF53F3FBAC0FD17DEAE78745DAB | Deep Down In Me |
| 11/09/2014 13:09:43 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 11/09/2014 08:24:41 | 4BA35D9CF9A56C10649D35CE49BE8732D7D996F9 | Why I Love Czech Girls |
| 11/07/2014 10:17:24 | B2BE8CED9707899AAF5C35F69A38200723690B60 | Sunset Memories |
| 11/07/2014 07:13:25 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 11/07/2014 05:04:16 | 44CDB692A8F75B7E7477D724112A6DDA336D91B4 | Exposed And Aroused |
| 10/26/2014 20:59:32 | 87EAA853792D2D80155FE7D083A363C7803731D4 | Do Me Darling |
| 10/19/2014 21:41:01 | E90F5CB867EDE909D152898BE5D62D119F9825CD | Serving Seduction |
| 10/19/2014 21:21:54 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 10/12/2014 03:11:04 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 10/12/2014 01:59:24 | 1093CE2D9F99F39AFA62657F4FD35621CE1C0DEC | Kacey Jordan Does Xart |
| 09/18/2014 09:07:26 | AFAC958FA72FE99979C67EEBECDCFF23FE709D30 | Four Ways |
| 09/18/2014 08:55:17 | D689FED89F7AC3FD95823FAE1269393FBB25B2DC | Sexy and Wild |
| 09/06/2014 14:42:42 | 089330FBBDFB58C26188A2DD5DDB5F9106CBB73C | In the Blind |
| 09/06/2014 13:49:19 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 09/06/2014 13:48:17 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 08/24/2014 22:09:17 | 5F0D544A91100333638665A0AE3AD428D817F5E0 | Elevated Erotica |

EXHIBIT A

NEMI207

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/24/2014 22:04:43 | 6E3CCB0E34500E4685F423E764D3C2D904DF933E | Saturday Eve |
| 08/24/2014 21:49:27 | 82FAC802D1BAC7FFD6DF04D2BF87B0C47978A616 | Angelica means Angel |
| 08/24/2014 21:44:44 | 681E3563B9A2C7AEFB2AD0FA1CA24BA10CEC386F | Sexy En Noir |
| 08/16/2014 22:34:18 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 08/16/2014 21:42:21 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 08/08/2014 02:11:34 | FF876A5A1B86F4679C5D883BE87A30A711BC9DDE | Paint Me Beautiful |
| 08/08/2014 02:11:31 | 47E1D57B1326071102DD44272F0B7A0F7A7CD6A0 | Breakfast At Eves |
| 08/02/2014 09:43:11 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 08/02/2014 06:53:30 | 1247492A24A5E4FC9A36EAADE5308C7AFF6C49AF | Carry Me Home |
| 08/02/2014 02:58:12 | 5331578B2992A448ABD6A283DDEF6639C654F7CB | Precious Metal |
| 07/19/2014 17:27:20 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 07/19/2014 15:47:06 | 5200A63B3CD5AB12FECEA4AEA549BEDD75B57F62 | Fireside Fantasy |
| 07/13/2014 15:19:33 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 07/13/2014 14:54:37 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 07/13/2014 14:41:14 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 07/13/2014 14:23:41 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 06/29/2014 17:43:35 | 309EEA52C9625E8912CF8BA075FF411098281DA3 | Drinks For Two |
| 06/29/2014 16:54:57 | 742320B263F71DF6392F26BE6F75CBFC82688AD8 | Sexy In The City |
| 06/29/2014 16:51:01 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/23/2014 11:37:34 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 06/21/2014 03:04:07 | B6B8472AB40427253CC0225993FD17B8B0905ED8 | They Seem so Sweet |
| 06/14/2014 14:49:39 | 14D6169A02F26B556F199318D5D88176549E6A3C | Go Down On Me |
| 05/28/2014 02:13:42 | 8483D212ACA0879401ACF43308B0E15C2FEADAC7 | Two By Two |
| 05/28/2014 01:07:38 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 05/28/2014 00:39:23 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |

EXHIBIT A

NEMI207

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/15/2014 01:58:45 | 70096782852F9ECDC39E57E98DC415B1C1721071 | Rope Priority |
| 05/09/2014 23:41:43 | AE64E35AE7E75AE973222BA3BFE1C4F7388FD915 | Perfect Timing |
| 05/09/2014 23:21:47 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 05/05/2014 02:16:44 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 04/29/2014 02:01:07 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 04/20/2014 20:57:55 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 04/10/2014 02:05:03 | 698ED5C9030CE6DA023F98996DEDF2878449858F | Pink Perfection |
| 04/04/2014 01:21:12 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 04/02/2014 05:20:43 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |
| 03/22/2014 13:57:32 | B5F7917A01002453F13815D60A7C484BA2414F60 | Insanely Gorgeous |
| 03/16/2014 21:24:21 | 597B0F364B3D469F8CE7B03C0CC30AB4F1EED98E | Fashion Fantasy |
| 03/09/2014 17:27:10 | 5E4C94426F363EC6A29574A4F617250137B8D1BE | Threes Company |
| 03/09/2014 17:04:55 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 02/11/2014 20:57:19 | 3B83D082CA71233A6BE45D9B41B0D9079C10067D | Pretty Little Belle |
| 02/11/2014 15:28:09 | 075F4C7EE0EA4929091035DD533F85D5BB120D6F | It Has Always Been You |
| 02/11/2014 13:01:07 | EA6D5FCBB71047923139D455FAD0452434F44905 | Submissive Seduction |

**Total Statutory Claims Against Defendant: 63**

EXHIBIT A

NEMI207