**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                           Civil Action No. 5:15-cv-10278-JEL-RSW

JOHN DOE, subscriber assigned IP address
68.40.60.2,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 68.40.60.2. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: March 23, 2015

                                                    Respectfully submitted,

                                                  By:   */s/ Paul J. Nicoletti*
                                                  Paul J. Nicoletti
                                                  pauljnicoletti@gmail.com
                                                  NICOLETTI LAW, PLC
                                                  33717 Woodward Avenue, Suite #433
                                                  Birmingham, Michigan 48009
                                                  Phone: (248) 203-7800
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: _/s/ *Paul J. Nicoletti*_____
                                        Paul J. Nicoletti